IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 97-20420
Summary Calendar

JOANNE ROSE,

Plaintiff-Appellant,

versus

KENNETH S. APFEL, COMMISSIONER
OF SOCIAL SECURITY,

Defendant-Appellee.

Appeal from the United States District Court for the
Southern District of Texas
USDC No. H-96-CV-2108

December 26, 1997

Before GARWOOD, DeMOSS and PARKER, Circuit Judges.[*]

PER CURIAM:

Joanne Rose appeals from a judgment affirming the decision of

the Commissioner of Social Security partially denying her claim for

disability insurance benefits. She contends that the Commissioner

failed to apply the correct legal standards and that his decision

concerning the onset of her disability was not supported by

---

[*]Pursuant to 5TH CIR. R. 47.5 the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

substantial evidence.  We have reviewed the record and the briefs of the parties, and we AFFIRM for essentially the reasons set forth by the magistrate judge and adopted by the district court.  *See Rose v. Chater*, No. H-96-2108 (S.D. Tex. Mar. 25, 1997).